# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2025-0368
LT Case No. 2023-CF-012545-A

———————————————————

EDWARD DEON JACKSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

March 12, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____